**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DEBORA REBECA UMUL MORALES,<br>*Petitioner* | §<br>§<br>§ | |
| v. | § | Case No. SA-26-CA-01194-XR |
| ROSE THOMPSON, *et al.*,<br>*Respondents* | §<br>§<br>§ | |

# FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The Petition for Writ of Habeas Corpus is **GRANTED** for the reasons set forth in the Court's Order dated April 30, 2026. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** April 30, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE